FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | )  2:10-CR-513-JCM (LRL) |
| DEANDRA LEMONT FAGINS, | ) |
| Defendant. | ) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on March 4, 2011, defendant DEANDRA LEMONT FAGINS pled guilty to Count One of a One-Count Criminal Indictment charging him with Felon in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant DEANDRA LEMONT FAGINS pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

    (a)    a Ruger, model Super Redhawk, .44 Magnum revolver, serial number 550-68830; and

    (b)    any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

1  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
2  United States of America should seize the aforementioned property.

3  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
4  DEANDRA LEMONT FAGINS in the aforementioned property is forfeited and is vested in the
5  United States of America and shall be safely held by the United States of America until further order
6  of the Court.

7  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
8  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
9  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
10 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
11 the name and contact information for the government attorney to be served with the petition, pursuant
12 to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

13 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
14 with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

15 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
16 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
17 following address at the time of filing:

      Michael A. Humphreys
      Assistant United States Attorney
      Daniel D. Hollingsworth
      Assistant United States Attorney
      Lloyd D. George United States Courthouse
      333 Las Vegas Boulevard South, Suite 5000
      Las Vegas, Nevada 89101.

22 . . .
23 . . .
24 . . .
25 . . .
26 . . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 4th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE