FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN - 3 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEANDRA LEMONT FAGINS,<br><br>Defendant. | 2:10-CR-513-JCM (LRL) |

## FINAL ORDER OF FORFEITURE AS TO DEFENDANT DEANDRA LEMONT FAGINS

On March 14, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Sections 922(g)(1) and 924(a)(2), forfeiting property of defendant DEANDRA LEMONT FAGINS to the United States of America. Docket # 1, 26, and 33.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant DEANDRA LEMONT FAGINS.

DATED this ___ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE