**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:10-CR-513-JCM (LRL) |
| | ) | |
| DEANDRA LEMONT FAGINS, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL ORDER OF FORFEITURE**

On March 14, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant DEANDRA LEMONT FAGINS to the criminal offense, forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to which defendant DEANDRA LEMONT FAGINS pled guilty. Docket #33.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on March 18, 2011, March 25, 2011, and April 1, 2011, in the Las Vegas Review-Journal/Sun, further notifying all known third parties by regular mail and certified mail return receipt requested, of their right to petition the Court. #34, #42.

On June 16, 2011, the United States Marshal's Service served James Matthew Hall with copies of the Preliminary Order of Forfeiture, the Notice, and the Petition, Stipulation for Return of Property, by regular mail and certified mail.  Mr. Hall did not file a petition in this case. #42.

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.
3  This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.
5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8  32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
9  2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
10 law:

   a.   a Ruger, model Super Redhawk, .44 Magnum revolver, serial number 550-68830; and

   b.   any and all ammunition ("property").

14 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
15 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
16 as any income derived as a result of the United States of America's management of any property
17 forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
18 according to law.
19 The Clerk is hereby directed to send copies of this Order to all counsel of record and three
20 certified copies to the United States Attorney's Office.
21 DATED this 9th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**PROOF OF SERVICE**

I, Heidi Skillin, certify that the following individuals were served with copies of the Final Order of Forfeiture on August 2, 2011 by the below identified method of service:

<u>Electronic Filing</u>

Nisha Brooks-Whittington
Federal Public Defender
411 E. Bonneville Avenue
Las Vegas, NV 89101
nisha_brooks@fd.org
*Counsel for Deandra Lemont Fagins*

/s/ HeidiSkillin
HEIDI SKILLIN
Forfeiture Support Associate Clerk