DANIEL G. BOGDEN
United States Attorney
District of Nevada
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336
Fax: 702.388.6418
richard.lopez2@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10-cr-00513-JCM-LRL |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING REGARDING REVOCATION OF SUPERVISED RELEASE** |
| vs. | |
| DEANDRA LEMONT FAGINS, | |
| Defendant. | |

It is hereby stipulated and agreed, by and between Daniel G. Bogden, United States Attorney, through Richard Anthony Lopez, Assistant United States Attorney, and Monique Kirtley, Assistant Federal Public Defender, counsel for defendant Deandra Lamont Fagins, that the hearing in the above-captioned matter, currently scheduled for February 22, 2017 at 10:00 a.m., be vacated and continued to a date and time to be set by this Honorable Court.

This stipulation is entered into for the following reasons:

1. On February 2, 2017, the Probation Office filed a Petition for Warrant for Offender Under Supervision as to the Defendant.

2. On February 7, 2017, the Defendant made his initial appearance and was released on a personal recognizance bond subject to conditions including home detention at a Las Vegas halfway house while on GPS monitoring.

3. On February 13, 2017, Monique Kirtley appeared as counsel for the Defendant, and on February 16, 2017, Richard Anthony Lopez appeared as counsel for the Government.

4. The hearing regarding revocation of supervised release is currently scheduled for Wednesday, February 22, 2017 at 10:00 a.m.

5. Counsel for both parties are engaging in negotiations for a resolution of the issues presented by the Petition and request a continuance of the hearing regarding revocation of supervised release to a date and time convenient for the Court.

6. The Defendant does not object to this continuance.

7. This is the first request for a continuance filed in this matter.

Dated this the 21st day of February, 2017.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

By: /s/                                      By: /s/
MONIQUE KIRTLEY, ESQ.                        RICHARD ANTHONY LOPEZ
Counsel for Defendant Deandra Fagins         Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEANDRA LEMONT FAGINS,<br><br>Defendant. | Case No.: 2:10-cr-00513-JCM-LRL |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On February 2, 2017, the Probation Office filed a Petition for Warrant for Offender Under Supervision as to the Defendant.

2. On February 7, 2017, the Defendant made his initial appearance and was released on a personal recognizance bond subject to conditions including home detention at a Las Vegas halfway house while on GPS monitoring.

3. On February 13, 2017, Monique Kirtley appeared as counsel for the Defendant, and on February 16, 2017, Richard Anthony Lopez appeared as counsel for the Government.

4. The hearing regarding revocation of supervised release is currently scheduled for Wednesday, February 22, 2017 at 10:00 a.m.

5. Counsel for both parties are engaging in negotiations for a resolution of the issues presented by the Petition and request a continuance of the hearing regarding revocation of supervised release to a date and time convenient for the Court.

6. The Defendant does not object to this continuance.

7. This is the first request for a continuance filed in this matter.

For all of the above-stated reasons, the ends of justice would be served best by a continuance of the hearing date.

**ORDER**

IT IS ORDERED that the hearing in *United States v. Deandra Lemont Fagins*, No. 2:10-cr-00513-JCM-LRL, previously scheduled for February 22, 2017 at 10:00 a.m. is vacated and continued until **Monday, February 27, 2017 at 10:30 a.m.**

Dated February 22, 2017.

By: _____
Judge James C. Mahan
United States District Court Judge

## CERTIFICATE OF SERVICE

I, Richard Anthony Lopez, hereby certify that I am an employee of the United States Attorney's Office for the District of Nevada and that on this day I served an electronic copy of the above STIPULATION TO CONTINUE HEARING REGARDING REVOCATION OF SUPERVISED RELEASE on Counsel of Record via Electronic Case Filing (ECF).

Dated: February 21, 2017

/s/ *Richard Anthony Lopez*
RICHARD ANTHONY LOPEZ
Assistant United States Attorney